UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

RORY MICHAEL KOTYUK                             Bankruptcy Case No. 09-06741

        Debtor,                              Adversary Proceeding No. 10-80591
_____/

SCOTT A. CHERNICH,

        Plaintiff,                          Case No. 1:11-cv-326

v.                                              HON. JANET T. NEFF

RHONDA CAYO,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 1) filed by the United States Bankruptcy Judge in this action regarding the Trustee's Motion for Default Judgment against defendant Rhonda Cayo. No objections have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge, filed March 29, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Trustee's Motion is **GRANTED** and judgment is entered in favor of the Plaintiff Trustee in the amount of $8,000.00, plus costs in the amount of $250.00, for the reasons stated in the Report and Recommendation.


Dated: April 27, 2011                           /s/Janet T. Neff
                                                JANET T. NEFF
                                                UNITED STATES DISTRICT JUDGE